JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITSUI O.S.K. LINES, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> SCHENKEROCEAN LTD. And CARGO EXPRESS SHIPPING INC., <br><br> Defendants. | Case No.: CV 20-11270-DMG (AFMx) <br><br> **JUDGMENT [40]** |

    Based on the parties' stipulation, and good cause appearing, judgment is hereby entered in favor of Plaintiff Mitsui O.S.K. Lines, Ltd. and against Defendant Cargo Express Shipping Inc. in the amount of $75,000.

    IT IS SO ADJUDGED, ORDERED AND DECREED.

DATED: March 2, 2022

                                                    _____
                                                    DOLLY M. GEE
                                                    UNITED STATES DISTRICT JUDGE